■ In the Matter⁄of PETER TERRANOVA, an Attorney, Resignor. [32 NYS3d 527]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 3, 2016.)

■ In the Matter of KAY LATONA, an Attorney, Resignor. [31 NYS3d 902]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed June 3, 2016.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LYON, Appellant. [32 NYS3d 522]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY AYRHART, Appellant. [32 NYS3d 522]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, Curran and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. BARNES, JR., Appellant. [32 NYS3d 523]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY ARKIM, Also Known as ED MASON, Appellant. [32 NYS3d 523]—Motions for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN FULTON, JR., Also Known as SHAIK S., Also Known as SHAIKH S. ABDMUQTADIR, Appellant. [32 NYS3d 523]—Motion for reconsideration denied. Present—Centra, J.P., Peradotto, Carni, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY A. RIMMEN, Appellant. [32 NYS3d 523]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER M. DIAZ, Appellant. [31 NYS3d 901]—Motion for reconsideration denied. Present—Smith, J.P., Peradotto, Lindley and Scudder, JJ.